[No. 31691-9-II. Division Two. December 28, 2005.]

*In the Matter of the Parentage of* M.L.

SCOTT LOVRIEN, *Appellant,* v. CYNTHIA HUGHES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-5-00260-3, Frank Cuthbertson, J., entered April 23, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 32477-6-II. Division Two. December 28, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. LAVONE MAURICE CORPENING, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03984-5, Frederick W. Fleming, J., entered October 27, 2004. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 32617-5-II. Division Two. December 28, 2005.]

DALE JENSEN ET AL., *Appellants,* v. EVERGREEN TUCCI PARTNERS, L.L.C. ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-06345-8, Linda C.J. Lee, J., entered December 6, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.